# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jonathan Berall, M.D., M.P.H., *Plaintiff*, v. Verathon Inc., Pentax of America, Inc., Karl Storz Endoscopy-America, Inc., Aircraft Medical, Ltd., LMA North America, Inc., and Airtraq, LLC, *Defendants* | C.A. No.: 1:10-cv-05777-LAP-DCF |

## [~~PROPOSED~~] ORDER REGARDING VENUE OBJECTIONS

Upon the stipulation and consent of the parties and for good cause shown, the Court hereby **ORDERS** that each of defendants Verathon, Inc., Pentax of America, Inc., and LMA North America, Inc. does not waive an objection to venue by participating in mediation sponsored by or under the supervision of this Court. Plaintiff contends that defendants have delayed in objecting to venue through actions other than participation in mediation. Each of defendants separately contends that it has not waived any objection to venue. This order does not address these positions, but rather leaves these issues to be resolved, if necessary, following completion of the mediation.

**SO ORDERED:** ___June 15_____, 2020.

_____
**LORETTA A. PRESKA**
UNITED STATES DISTRICT JUDGE

Case 2:21-cv-00944-RSM Document 169-1 Filed 06/15/20 Page 2 of 2
Case 1:16-cv-09771-LAP-DCF Document 166-2 Filed 06/22/20 Page 2 of 2

2

**SO STIPULATED**

Counsel for plaintiff Dr. Jonathan Berall

By: */s/ Ashley Ross*
    Ashley Ross
    Kirkland & Ellis, LLP
    601 Lexington Avenue
    New York, NY 10022
    (212) 446-4954

Counsel for defendant Pentax of America, Inc.

By: */s/ James Isbester*
    James Isbester
    Kilpatrick Townsend & Stockton, LLP
    Two Embarcadero Center, 19th Floor
    San Francisco, CA 94111
    (414) 273-4533

Counsel for defendant Verathon, Inc.

By: */s/ Allison Altersohn*
    Allison Altersohn
    King & Spalding, LLP
    1185 6th Ave,
    New York, NY 10036
    (212) 556 2316

Counsel for defendant LMA North America, Inc.

By: */s/ Jonathan R. Wise*
    Jonathan R. Wise
    Greenberg Traurig, LLP
    1717 Arch Street Suite 400
    Philadelphia, PA 19103
    (215) 988-7850