```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------

JONATHAN BERALL, M.D., M.P.H.,

        Plaintiff,

  -against-

VERATHON INC., et al.,

        Defendants.

No. 10-CV-5777 (LAP)

ORDER

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    The Court is in receipt of the parties' joint mediation status report (dkt. no. 176).

    The stay is lifted as to Pentax.  Plaintiff and Pentax shall appear for a telephonic conference on October 28, 2020 at 10:00 a.m. using the dial-in (888) 363-4734, access code: 4645450.  Prior to the conference, Pentax shall inform the Court of its position on the proposed amendment.

    The other parties remain subject to the stay during mediation.  They shall inform the Court by letter of the status of the mediation.

SO ORDERED.

Dated:  October 7, 2020
       New York, New York

                                        */s/ Loretta A. Preska*

                                        LORETTA A. PRESKA, U.S.D.J.