UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JONATHAN BERALL, M.D.,

        Plaintiff,

  -against-

VERATHON INC., et al.,

        Defendants.

No. 10-CV-5777 (LAP)

ORDER

---

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    If they have not already done so, the parties shall exchange promptly their Federal Rule of Civil Procedure 26(a)(1) initial disclosures.

**SO ORDERED.**

Dated:  January 6, 2021
       New York, New York

*[signature: Loretta A. Preska]*
LORETTA A. PRESKA, U.S.D.J.