UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN BERALL, M.D., <br><br> Plaintiff, <br><br> -against- <br><br> VERATHON INC., et al., <br><br> Defendants. | No. 10-CV-5777 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    Pursuant to Federal Rule of Civil Procedure 16, the parties shall appear for a scheduling conference on January 21, 2021 at 10:00 a.m. The conference will occur as a teleconference using the dial-in (888) 363-4734, access code: 4645450.

**SO ORDERED.**

Dated:  January 13, 2021
        New York, New York

*[signature: Loretta A. Preska]*
LORETTA A. PRESKA, U.S.D.J.