UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------

JONATHAN BERALL, M.D.,

                    Plaintiff,

         -against-

VERATHON INC., et al.,

                    Defendants.

------------------------------------

No. 10-CV-5777 (LAP)

ORDER

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    The conference scheduled for January 26, 2021 at 10:00 a.m.

will occur as a teleconference using the dial-in 877-402-9753,

access code: 6545179.

**SO ORDERED.**

Dated:   January 21, 2021
         New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.