

Jonathan R. Wise
Tel 215.988.7850
Fax 215.988.7801
wisej@gtlaw.com

February 12, 2021

**VIA ECF**
The Honorable Loretta A. Preska
United States District Court, Southern District of New York
United States Courthouse, Courtroom 12A
500 Pearl Street
New York, NY 10007-1312

Re: *Berall v. Verathon, Inc. et al.*, C.A. No. 1:10-cv-05777-LAP-DCF (S.D.N.Y.)

Dear Judge Preska:

We represent Defendant Teleflex Medical Incorporated ("Teleflex") in the above-referenced matter. Pursuant to Your Honor's Individual Practices, Teleflex seeks an order permitting Teleflex to file under seal the following documents:

- An unredacted copy of Teleflex's Motion for Summary Judgment ("Motion"), filed on February 12, 2021;
- An unredacted copy of Teleflex's Statement of Undisputed Material Facts ("Statement"), filed on February 12, 2021; and
- Exhibit A to the Declaration of Jonathan R. Wise, filed on February 12, 2021.

The redacted sections of the Motion and the Statement reflect terms of a Confidential Settlement Agreement entered into by Plaintiff, Jonathan Berall ("Settlement Agreement"). Exhibit A is the Confidential Settlement Agreement.

Teleflex and the parties to the Settlement Agreement have agreed to keep its terms confidential. In addition, Berall has marked the Settlement Agreement "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY," pursuant to the Stipulated Protective Order entered on February 5, 2021 (Dkt. 252.) Moreover, Courts in this district have routinely recognized that settlement agreements are confidential and have ordered that documents referencing the terms of such agreements be filed under seal. *See e.g. Comoosl Corp. et al. v. C-Callon. Inc. et al.,* 11-cv-1922 (S.D.N.Y. May 19, 2011), Dkt. No. 33; *Comoosl Corp. et al. v. C-Callon. Inc. et al.,* 11-cv-1922 (S.D.N.Y. July 25, 2011), Dkt. No. 66; *Seoul Viosys Co., Ltd v. P3 Int'l Co.,* 16-cv-6272, (S.D.N.Y. Sep. 30, 2018), Dkt. No. 164 at 26-27.

February 12, 2021
Page 2

Accordingly, Teleflex respectfully requests that this Court enter an <u>order that its Motion, Statement and Exhibit A to the Declaration of Jonathan R. Wise may be filed under seal.</u>

Respectfully submitted,

By: <u>/s/ Jonathan R. Wise</u>

Jonathan R. Wise
GREENBERG TRAURIG, LLP
1717 Arch Street, Suite 400
Philadelphia, PA 19103
(215) 988-7850
wisej@gtlaw.com

Scott J. Bornstein
Elana B. Araj
200 Park Avenue
New York, NY  10166
(212) 801-9200
bornsteins@gtlaw.com
araje@gtlaw.com

*Counsel for Defendant Teleflex Medical Incorporated*

cc:  All Counsel of Record via ECF

```
SO ORDERED.

Dated:     February 16, 2021
           New York, New York
```

LORETTA A. PRESKA, U.S.D.J.