UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN BERALL, M.D.,

                Plaintiff,

-against-

VERATHON INC., et al.,

                Defendants.

No. 10-CV-5777 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the parties' letter of May 14, 2021, which sets forth their respective positions regarding a briefing schedule for Defendant Verathon Inc.'s pending motion to transfer venue.  (See dkt. no. 294.)  The Court has considered the parties' arguments and finds it appropriate to set a briefing schedule.  Plaintiff shall file any opposition to the motion to transfer no later than June 21, 2021.  Any reply may be filed no later than June 28, 2021.

**SO ORDERED.**

Dated:     June 7, 2021
           New York, New York

                         *Loretta A. Preska*
                    LORETTA A. PRESKA
                    Senior United States District Judge