# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Stefan Miller
To Call Writer Directly:
+1 212 446 6479
stefan.miller@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800
www.kirkland.com

Facsimile:
+1 212 446 4900

**Filed via ECF**                                                                                                  June 21, 2021

The Honorable Loretta A. Preska
United States District Judge, Southern District of New York
United States Courthouse, Courtroom 12A
500 Pearl St.
New York, NY 10007-1312

Re:   *Berall v. Verathon, Inc. et al.*, C.A. No. 1:10-cv-05777-LABP-DCF

Honorable Judge Preska:

We represent Plaintiff Jonathan Berall, M.D., M.P.H, in the above-referenced matter. Pursuant to Your Honor's Individual Practices, Plaintiff seeks an <u>order permitting to file under seal the following documents</u>:

- <u>An unredacted copy of Plaintiff's Response to Verathon's Motion to Transfer, filed on June 21, 2021; and</u>
- <u>Exhibits 1–23, 27–28, 31–34, 36–37, and 39–42 to the Declaration of Stefan Miller, filed on June 21, 2021.</u>

Exhibits 4–23, 27–28, 31–34, 36–37, and 39–42 listed above are marked as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by Verathon pursuant to the Stipulated Protective Order entered on February 5, 2021. *See* Dkt. 252. Similarly, Exhibits 1–3 are deposition transcripts designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Stipulated Protective Order.

Accordingly, Plaintiff respectfully requests that this Court enter an order that unredacted versions of its Response and Exhibits 1–23, 27–28, 31–34, 36–37, and 39–42 to the Declaration of Stefan Miller may be filed under seal.

Sincerely,

**SO ORDERED.**

*/s/ Stefan Miller*
Stefan M. Miller

Dated:    June 22, 2021
          New York, New York

*[signature]*
LORETTA A. PRESKA, U.S.D.J.

cc:     Counsel of Record

Beijing   Boston   Chicago   Dallas   Hong Kong   Houston   London   Los Angeles   Munich   Palo Alto   Paris   San Francisco   Shanghai   Washington, D.C.