THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JONATHAN BERALL, M.D., M.P.H.,<br><br>                Plaintiff,<br><br>    v.<br><br>VERATHON INC.,<br><br>                Defendant. | Case No. 21-cv-00944-RSM<br><br>**NOTICE OF WITHDRAWAL OF EMILY DODDS POWELL AS COUNSEL FOR DEFENDANT VERATHON INC.**<br><br>(CLERK'S ACTION REQUIRED) |

TO:      THE CLERK OF THE COURT

AND TO:  ALL PARTIES AND COUNSEL OF RECORD

      PLEASE TAKE NOTICE of the withdrawal of Emily Dodds Powell as an attorney of record for Defendant Verathon Inc. in the above-captioned matter. Defendant will continue to be represented by Patricia A. Eakes and Per D. Jansen at Calfo Eakes LLP who have entered appearances in this action, and there will therefore be no disruption to the Court's calendar or the representation of Defendant in this matter.

///

NOTICE OF WITHDRAWAL OF EMILY DODDS POWELL AS COUNSEL FOR DEFENDANT
Case No. 21-cv-00944-RSM - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2278

1   DATED this 5th day of October, 2021.

2                                           **CALFO EAKES LLP**

3                                           By     s/*Patty A. Eakes*
                                                Patricia A. Eakes, WSBA# 18888
4                                               Per D. Jansen, WSBA# 49966
                                                1301 Second Avenue, Suite 2800
5                                               Seattle, WA  98101
                                                Phone:  (206) 407-2200
6                                               Fax:  (206) 407-2278
                                                Email: pattye@calfoeakes.com
7                                                      perj@calfoeakes.com

8
                                            *Attorneys for Defendant Verathon Inc.*
9

10                                          By:  *s/Emily Dodds Powell*
                                                 Emily Dodds Powell, WSBA #49351
11
                                            *Withdrawing Attorney for Defendant Verathon Inc.*
12

24  NOTICE OF WITHDRAWAL OF EMILY DODDS
    POWELL AS COUNSEL FOR DEFENDANT
    Case No. 21-cv-00944-RSM - 2