THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONATHAN BERALL, M.D., M.P.H.,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>VERATHON INC.,<br><br>　　　　　　　Defendant. | Case No. 21-cv-00944-RSM<br><br>STIPULATED MOTION TO EXTEND DEADLINES TO SERVE EXPERT REPORTS REGARDING MARKMAN ISSUES AND ORDER<br><br>NOTE ON MOTION CALENDAR:<br>December 30, 2021 |

STIPULATED MOTION TO EXTEND DEADLINES TO
SERVE EXPERT REPORTS REGARDING MARKMAN
ISSUES
(Case No. 21-cv-00944-RSM)

Defendant Verathon Inc. ("Verathon") and Plaintiff Jonathan Berall, M.D., M.P.H. ("Dr. Berall") (together, the "Parties") hereby file this stipulated motion pursuant to Local Rules 7(d)(1) and 10(g):

The Parties' deadline to serve opening expert reports on Markman issues is Tuesday, January 4, 2022, and the Parties' deadline to serve rebuttal expert reports on Markman issues is February 7, 2022.  Counsel for Dr. Berall and his patent attorney, Mr. Charles Baxley, has and is producing documents today that relate to the prosecution of the patent asserted in this case. Verathon believes these documents are likely to be relevant to said expert reports that regard claim construction.  Dr. Berall believes the documents are not relevant to claim construction or any expert analysis of claim construction issues, but is nevertheless unopposed to a one-week extension given the holiday week and as a professional courtesy. The Parties accordingly agree and stipulate to a one-week extension of the deadlines to serve expert reports on Markman issues as set forth below, and respectfully request that the Court grant this stipulated motion.

| Deadline | Original Date | Proposed New Date |
|---|---|---|
| Reports from expert witnesses regarding *Markman* issues due | January 4, 2022 | January 11, 2022 |
| Rebuttal expert reports regarding *Markman* issues due | February 7, 2022 | February 14, 2022 |

STIPULATED MOTION TO EXTEND DEADLINES TO SERVE EXPERT REPORTS REGARDING MARKMAN ISSUES
(Case No. 21-cv-00944-RSM) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2278

| | |
|---|---|
| 1 | SO STIPULATED. |
| 2 | DATED this 30th day of December, 2021. |

| | |
|---|---|
| **CALFO EAKES LLP** | **KIRKLAND & ELLIS LLP** |
| By: *s/ Per D. Jansen* | By */s Christopher DeCoro* |
| Patricia A. Eakes, WSBA# 18888 | Christopher DeCoro, *pro hac vice* |
| Per D. Jansen, WSBA# 49966 | Ashley Ross, *pro hac vice* |
| 1301 Second Avenue, Suite 2800 | Stefan M. Miller, *pro hac vice* |
| Seattle, WA 98101 | Peter Evangelatos, *pro hac vice* |
| (206) 407-2200 \| Phone | 601 Lexington Avenue |
| (206) 407-2278 \| Fax | New York, NY 10022 |
| Email: pattye@calfoeakes.com | Telephone: (212) 446-4859 |
|       perj@calfoeakes.com | Email: christopher.decoro@kirkland.com |
| |      ashley.ross@kirkland.com |
| |      stefan.miller@kirkland.com |
| Ruffin B Cordell (*admitted pro hac vice*) |      peter.evangelatos@kirkland.com |
| FISH & RICHARDSON P.C. | |
| 1000 Main Ave SW | Derek A. Newman, WSBA No. 26967 |
| Washington, DC 20024 | Jason B. Sykes, WSBA No. 44369 |
| Email: cordell@fr.com | NEWMAN DU WORS LLP |
| | 2101 Fourth Avenue, Suite 1500 |
| | Seattle, WA 98121 |
| | Telephone: (206) 274-2800 |
| | Email: dn@newmanlaw.com |
| Thad C. Kodish (*admitted pro hac vice*) |      jason@newmanlaw.com |
| Charles N. Reese, Jr. (*admitted pro hac vice*) | |
| Wonjoon Chung (*admitted pro hac vice*) | James Hurst, P.C., *pro hac vice* |
| FISH & RICHARDSON P.C. | Marcus Sernel, P.C., *pro hac vice* |
| 1180 Peachtree Street NE, 21st Floor | Tasha Francis Gerasimow, Ph.D., *pro hac vice* |
| Atlanta, GA 30309 | KIRKLAND & ELLIS LLP |
| Email: tkodish@fr.com | 300 North LaSalle |
|      creese@fr.com | Chicago, IL 60654 |
|      chung@fr.com | Telephone: (312) 862-5230 |
| | Email: james.hurst@kirkland.com |
| *Attorneys for Defendant Verathon Inc.* |      marc.sernel@kirkland.com |
| |      tasha.gerasimow@kirkland.com |
| | John Patrick Bailey |
| | KIRKLAND & ELLIS LLP |
| | 1301 Pennsylvania Avenue, N.W. |
| | Washington, D.C. 20004 |
| | Telephone: (202) 389-5100 |
| | Email: john.bailey@kirkland.com |
| | *Counsel for Plaintiff Jonathan Berall, M.D., M.P.H* |

STIPULATED MOTION TO EXTEND DEADLINES TO SERVE EXPERT REPORTS REGARDING MARKMAN ISSUES
(Case No. 21-cv-00944-RSM) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2278

**ORDER**

This matter comes before the Court on the Parties' Stipulated Motion to Extend Deadlines to Serve Expert Reports Regarding *Markman* Issues. After considering the Parties' Stipulated Motion, IT IS HEREBY ORDERED THAT reports from expert witnesses regarding *Markman* issues shall be due on January 11, 2022, and rebuttal reports from expert witnesses regarding *Markman* issues shall be due on February 14, 2022.

IT IS SO ORDERED.

DATED this 3rd day of January, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

| **CALFO EAKES LLP** | **KIRKLAND & ELLIS LLP** |
|---|---|
| By: *s/ Per D. Jansen*<br>Patricia A. Eakes, WSBA# 18888<br>Per D. Jansen, WSBA# 49966<br>1301 Second Avenue, Suite 2800<br>Seattle, WA 98101<br>(206) 407-2200 \| Phone<br>(206) 407-2278 \| Fax<br>Email: pattye@calfoeakes.com<br>        perj@calfoeakes.com | By */s Christopher DeCoro*<br>Christopher DeCoro, *pro hac vice*<br>Ashley Ross, *pro hac vice*<br>Stefan M. Miller, *pro hac vice*<br>Peter Evangelatos, *pro hac vice*<br>601 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 446-4859<br>Email:   christopher.decoro@kirkland.com<br>        ashley.ross@kirkland.com<br>        stefan.miller@kirkland.com<br>        peter.evangelatos@kirkland.com |

STIPULATED MOTION TO EXTEND DEADLINES TO SERVE EXPERT REPORTS REGARDING MARKMAN ISSUES
(Case No. 21-cv-00944-RSM) - 3

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2278