The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JONATHAN BERALL, M.D., M.P.H., | Case No. 2:21-cv-00944-RSM |
| Plaintiff, | **STIPULATED MOTION TO EXTEND DEADLINES TO SERVE EXPERT REPORTS AND ORDER** |
| v. | |
| VERATHON INC., et al., | NOTE ON MOTION CALENDAR: May 17, 2022 |
| Defendants. | |

Plaintiff Jonathan Berall, M.D., M.P.H. ("Dr. Berall") and Defendant Verathon Inc. ("Verathon") (together, the "Parties") hereby file this stipulated motion pursuant to Local Rules 7(d)(1) and 10(g).

The Parties' deadline to serve opening expert reports under FRCP 26(a)(2) is Thursday, May 26, 2022, and the deadline to serve rebuttal expert reports June 24, 2022. The Parties are currently in the process of scheduling and conducting fact depositions, including of Verathon pursuant to Fed. R. Civ. P. 30(b)(6), Plaintiff Dr. Berall, Verathon fact witnesses, and several third-parties. Because of scheduling conflicts, several witnesses are unavailable to sit for depositions sufficiently in advance of deadlines for expert reports in which their testimony is expected to be relevant. Thus, in order to accommodate the availability of witnesses and to afford the Parties sufficient time to complete depositions and prepare their expert reports, the Parties agree and

STIPULATED MOTION TO EXTEND
DEADLINES TO SERVE EXPERT REPORTS—1
[Case No.: 2:21-cv-00944-RSM]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

stipulate to a two-week extension of the deadlines to serve expert reports as set forth below. The parties agree that these extensions will not require any subsequent deadlines to be extended. In particular, the parties have coordinated to ensure that the anticipated experts will be available for their depositions to be taken prior to the date previously set for the close of all discovery (July 25, 2022), which is not altered under the present proposal. Accordingly, the Parties respectfully request that the Court grant this stipulated motion.

| **Deadline** | **Original Date** | **Proposed New Date** |
|---|---|---|
| Report from expert witnesses under FRCP 26(a)(2) due | 5/26/2022 | 6/9/2022 |
| Rebuttal expert reports due | 6/24/2022 | 7/8/2022 |

SO STIPULATED.

Dated: May 18, 2022                                  Respectfully submitted,

*s/ Patty A. Eakes*                                         *s/ Jason B. Sykes*
Patricia A. Eakes, WSBA# 18888            Derek A. Newman, WSBA No. 26967
Per D. Jansen, WSBA# 49966                 Jason B. Sykes, WSBA No. 44369
CALFO EAKES LLP                                    NEWMAN DU WORS LLP
1301 Second Avenue, Suite 2800           2101 Fourth Avenue, Suite 1500
Seattle, WA 98101                                     Seattle, WA 98121
(206) 407-2200 | Phone                            Telephone: (206) 274-2800
(206) 407-2278 | Fax                                  Email:    dn@newmanlaw.com
Email:    pattye@calfoeakes.com                       jason@newmanlaw.com
              perj@calfoeakes.com

STIPULATED MOTION TO EXTEND
DEADLINES TO SERVE EXPERT REPORTS—2   NEWMAN DU WORS LLP
[Case No.: 2:21-cv-00944-RSM]

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

| | | |
|---|---|---|
| 1 | Ruffin B Cordell (*admitted pro hac vice*)<br>FISH & RICHARDSON P.C. | Christopher DeCoro, *pro hac vice*<br>Ashley Ross, *pro hac vice* |
| 2 | 1000 Main Ave SW<br>Washington, DC 20024 | Stefan M. Miller, *pro hac vice*<br>Peter Evangelatos, *pro hac vice* |
| 3 | Email:     *cordell@fr.com* | KIRKLAND & ELLIS LLP<br>601 Lexington Avenue |
| 4 | Thad C. Kodish (*admitted pro hac vice*) | New York, NY 10022 |
| 5 | Charles N. Reese, Jr. (*admitted pro hac vice*)<br>Wonjoon Chung (*admitted pro hac vice*) | Telephone: (212) 446-4859<br>Email:     *christopher.decoro@kirkland.com* |
| 6 | Noah C. Graubart (*admitted pro hac vice*)<br>1180 Peachtree Street NE, 21st Floor | *ashley.ross@kirkland.com*<br>*stefan.miller@kirkland.com* |
| 7 | Atlanta, GA 30309<br>Email:     *tkodish@fr.com* | *peter.evangelatos@kirkland.com* |
| 8 | *creese@fr.com* | James Hurst, P.C., *pro hac vice* |
| 9 | *chung@fr.com*<br>*graubart@fr.com* | Marcus Sernel, P.C., *pro hac vice*<br>Tasha Francis Gerasimow, *pro hac vice* |
| 10 | Attorneys for Defendant Verathon Inc. | Eric D. Hayes, *pro hac vice*<br>KIRKLAND & ELLIS LLP |
| 11 | | 300 North LaSalle<br>Chicago, IL 60654 |
| 12 | | Telephone: (312) 862-5230 |
| 13 | | Email:     *james.hurst@kirkland.com*<br>*marc.sernel@kirkland.com* |
| 14 | | *tasha.gerasimow@kirkland.com*<br>*eric.hayes@kirkland.com* |
| 15 | | |
| 16 | | Counsel for Plaintiff<br>Jonathan Berall, M.D., M.P.H. |

STIPULATED MOTION TO EXTEND
DEADLINES TO SERVE EXPERT REPORTS—3
[Case No.: 2:21-cv-00944-RSM]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

1 **ORDER**

2  This matter comes before the Court on the Parties' Stipulated Motion to Extend Deadlines
3 to Serve Expert Reports. After considering the Parties' Stipulated Motion, IT IS HEREBY
4 ORDERED THAT reports from expert witnesses under FRCP 26(a)(2) shall be due on June 9,
5 2022, and that rebuttal reports from expert witnesses shall be due on July 8, 2022.

6  IT IS SO ORDERED.

8 DATED this 18th day of May, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND
DEADLINES TO SERVE EXPERT REPORTS—4   NEWMAN DU WORS LLP
[Case No.: 2:21-cv-00944-RSM]

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800