THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JONATHAN BERALL, M.D., M.P.H.,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>VERATHON INC.,<br><br>　　　　　　　　Defendant. | Case No. 2:21-cv-00944-RSM<br><br>**ORDER GRANTING VERATHON INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER**<br><br>Noted Date:  September 16, 2022 |

THIS MATTER having come before the Court on Defendant Verathon, Inc.'s Unopposed Motion for Leave to File First Amended Answer, and the Court having reviewed the file and record herein, and having considered the Motion, together with the materials submitted in support thereof, and being fully advised; now, therefore,

IT IS HEREBY ORDERED that:

1.　　Verathon Inc.'s Unopposed Motion for Leave to File First Amended Answer is GRANTED.

2.　　Verathon shall file its First Amended Answer within fourteen (14) days of the entry of this Order.

//

//

//

ORDER GRANTING VERATHON INC.'S
UNOPPOSED MOTION FOR LEAVE TO FILE
FIRST AMENDED ANSWER
(Case No. 21-cv-00944-RSM) – 1

MORGAN , LEWIS & BOCKIUS, LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400   FAX (206) 274-6401

DB2/ 44137338.1

IT IS SO ORDERED.

DATED this 19th day of September, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING VERATHON INC.'S
UNOPPOSED MOTION FOR LEAVE TO FILE
FIRST AMENDED ANSWER
(Case No. 21-cv-00944-RSM) – 2

DB2/ 44137338.1

**MORGAN , LEWIS & BOCKIUS, LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400   FAX (206) 274-6401