The Honorable Ricardo S. Martinez

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

JONATHAN BERALL, M.D., M.P.H.,

     Plaintiff,

     v.

VERATHON INC.,

     Defendants.

Case No. C21-944RSM

**STIPULATED MOTION TO EXTEND DEADLINE TO FILE OPPOSITION PAPERS TO MOTIONS IN *LIMINE***

NOTE ON MOTION CALENDAR:
October 31, 2022

Plaintiff Jonathan Berall, M.D., M.P.H. ("Dr. Berall") and Defendant Verathon Inc. ("Verathon") (together, the "Parties") hereby file this stipulated motion pursuant to Local Rules 7(d)(1) and 10(g).

The Parties' current deadline to file opposition papers to Motions *in Limine* under Local Rule 7(d)(4) is Monday, November 7, 2022. Trial in this matter was previously scheduled to begin on November 21, 2022. (*see* Dkt. 352) but was recently postponed due to the Court's need to conduct a criminal trial during that time period. The Court also continued all pretrial deadlines pending the setting of a new trial date, with the exception of the Parties' deadline to file their respective opposition papers to pending Motions *in Limine*. *See* Dkt. 462, 466. To afford the Parties additional time to prepare and file their Motion *in Limine* opposition papers, the Parties agree and stipulate to a ten-day extension of the deadline to file their opposition papers as set forth

STIPULATED MOTION TO EXTEND
DEADLINES TO FILE OPPOSITION PAPERS—1    NEWMAN DU WORS LLP
[Case No.: 2:21-cv-00944-RSM]

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

below.  The Parties agree that these extensions will not require any other deadlines to be extended.

Accordingly, the Parties respectfully request that the Court grant this stipulated motion.

| Deadline | Original Date | Proposed New Date |
|---|---|---|
| File Opposition Papers To Motions *in Limine* | 11/7/2022 | 11/17/2022 |

SO STIPULATED.

Dated: November 1, 2022

Respectfully submitted,

s/ Patricia A. Eakes
Patricia A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
Per D. Jansen, WSBA #49966
Morgan Lewis & Bockius LLP
1301 Second Avenue, Suite 2800
Seattle, WA 98101
(206) 407-2200 | Phone
(206) 407-2278 | Fax
patty.eakes@morganlewis.com
molly.terwilliger@morganlewis.com
per.jansen@morganlewis.com

Ruffin B Cordell (*admitted pro hac vice*)
FISH & RICHARDSON P.C.
1000 Main Ave SW
Washington, DC 20024
cordell@fr.com

Thad C. Kodish (*admitted pro hac vice*)
Charles N. Reese, Jr. (*admitted pro hac vice*)
Wonjoon Chung (*admitted pro hac vice*)
Noah C. Graubart (*admitted pro hac vice*)
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
tkodish@fr.com
creese@fr.com
chung@fr.com
*graubart@fr.com*

Counsel for Defendant Verathon Inc.

s/ Jason B. Sykes
Jason B. Sykes, WSBA No. 44369
NEWMAN DU WORS LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
Telephone: (206) 274-2800
jason@newmanlaw.com

Christopher DeCoro, *pro hac vice*
Ashley Ross, *pro hac vice*
Stefan M. Miller, *pro hac vice*
Peter Evangelatos, *pro hac vice*
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4859
christopher.decoro@kirkland.com
ashley.ross@kirkland.com
stefan.miller@kirkland.com
peter.evangelatos@kirkland.com

STIPULATED MOTION TO EXTEND
DEADLINES TO FILE OPPOSITION PAPERS—2     NEWMAN DU WORS LLP
[Case No.: 2:21-cv-00944-RSM]

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

James Hurst, P.C., *pro hac vice*
Marcus Sernel, P.C., *pro hac vice*
Tasha Francis Gerasimow, *pro hac vice*
Eric D. Hayes, *pro hac vice*
Andrew Walter*, pro hac vice*
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-5230
james.hurst@kirkland.com
marc.sernel@kirkland.com
tasha.gerasimow@kirkland.com
eric.hayes@kirkland.com
andrew.walter@kirkland.com

Counsel for Plaintiff
Jonathan Berall, M.D., M.P.H.

STIPULATED MOTION TO EXTEND
DEADLINES TO FILE OPPOSITION PAPERS—3     NEWMAN DU WORS LLP
[Case No.: 2:21-cv-00944-RSM]

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

1

**ORDER**

2      This matter comes before the Court on the Parties' Stipulated Motion to Extend the Deadline

3  to File Opposition Papers to Motions *in Limine*.  After considering the Parties' Stipulated Motion,

4  IT IS HEREBY ORDERED THAT opposition papers to motions *in limine* shall be filed by

5  November 17, 2022.

6      IT IS SO ORDERED.

7

8  DATED this 1st day of November, 2022.

9

10

11

12

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED MOTION TO EXTEND
DEADLINES TO FILE OPPOSITION PAPERS—4      Newman Du Wors LLP
[Case No.: 2:21-cv-00944-RSM]

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800