The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JONATHAN BERALL, M.D., M.P.H.,<br><br>Plaintiff,<br><br>v.<br><br>VERATHON INC.,<br><br>Defendants. | Case No. 2:21-cv-00944-RSM<br><br>**STIPULATED MOTION TO WITHDRAW PLAINTIFF'S MOTION TO SEAL (DKT. NO. 464)**<br><br>NOTE ON MOTION CALENDAR:<br>November 10, 2022 |

Plaintiff Jonathan Berall, M.D., M.P.H. ("Berall") and Defendant Verathon Inc. ("Verathon") (together, the "Parties") hereby file this stipulated motion pursuant to Local Rules 7(d)(1) and 10(g).

The Parties seek to withdraw Berall's Motion to Seal (Dkt. No. 464), noted for consideration on November 11, 2022.

On October 24, 2022, Berall filed his Motion in Limine, and attached portions of Dr. Candiotti's Rebuttal Expert Report as Exhibit 15 to the Declaration of Christopher DeCoro in Support of Plaintiff's Motion in Limine ("DeCoro Declaration"). Dkt. No. 468. Berall also filed Exhibit 15 to the DeCoro Declaration provisionally under seal and submitted to the Court a Motion to Seal containing the unredacted version of Dr. Candiotti's Rebuttal Report. Dkt. No. 464. The Court has not granted Berall's Motion to Seal.

Subsequent to the filing, the parties discussed the matter further via email and are agreed that there is no compelling reason to keep Exhibit 15 to the DeCoro Declaration sealed. As such, this motion is moot. Accordingly, the Parties respectfully request that the Court grant this stipulated motion.

SO STIPULATED.

Dated: November 10, 2022                    Respectfully submitted,

| | |
|---|---|
| Patricia A. Eakes, WSBA #18888<br>Molly A. Terwilliger, WSBA #28449<br>Per D. Jansen, WSBA #49966<br>Morgan Lewis & Bockius LLP<br>1301 Second Avenue, Suite 2800<br>Seattle, WA 98101<br>(206) 407-2200 \| Phone<br>(206) 407-2278 \| Fax<br>patty.eakes@morganlewis.com<br>molly.terwilliger@morganlewis.com<br>per.jansen@morganlewis.com | Jason B. Sykes, WSBA No. 44369<br>NEWMAN DU WORS LLP<br>2101 Fourth Avenue, Suite 1500<br>Seattle, WA 98121<br>Telephone: (206) 274-2800<br>jason@newmanlaw.com |

STIPULATED MOTION TO WITHDRAW PLAINTIFF'S MOTION TO SEAL—1
[Case No.: 2:21-cv-00944-RSM]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

| | | |
|---|---|---|
| 1 | Ruffin B Cordell (*admitted pro hac vice*) | Christopher DeCoro, *pro hac vice* |
| | FISH & RICHARDSON P.C. | Ashley Ross, *pro hac vice* |
| 2 | 1000 Main Ave SW | Stefan M. Miller, *pro hac vice* |
| | Washington, DC 20024 | Peter Evangelatos, *pro hac vice* |
| 3 | cordell@fr.com | KIRKLAND & ELLIS LLP |
| | | 601 Lexington Avenue |
| 4 | Thad C. Kodish (*admitted pro hac vice*) | New York, NY 10022 |
| | Charles N. Reese, Jr. (*admitted pro hac vice*) | Telephone: (212) 446-4859 |
| 5 | Wonjoon Chung (*admitted pro hac vice*) | christopher.decoro@kirkland.com |
| 6 | Noah C. Graubart (*admitted pro hac vice*) | ashley.ross@kirkland.com |
| | 1180 Peachtree Street NE, 21st Floor | stefan.miller@kirkland.com |
| 7 | Atlanta, GA 30309 | peter.evangelatos@kirkland.com |
| | tkodish@fr.com | |
| 8 | creese@fr.com | James Hurst, P.C., *pro hac vice* |
| | chung@fr.com | Marcus Sernel, P.C., *pro hac vice* |
| 9 | graubart@fr.com | Tasha Francis Gerasimow, *pro hac vice* |
| | | Eric D. Hayes, *pro hac vice* |
| 10 | Counsel for Defendant Verathon Inc. | Andrew Walter, *pro hac vice* |
| 11 | | KIRKLAND & ELLIS LLP |
| | | 300 North LaSalle |
| 12 | | Chicago, IL 60654 |
| | | Telephone: (312) 862-5230 |
| 13 | | james.hurst@kirkland.com |
| 14 | | marc.sernel@kirkland.com |
| | | tasha.gerasimow@kirkland.com |
| 15 | | eric.hayes@kirkland.com |
| | | andrew.walter@kirkland.com |
| 16 | | |
| 17 | | Counsel for Plaintiff |
| | | Jonathan Berall, M.D., M.P.H. |

STIPULATED MOTION TO WITHDRAW
PLAINTIFF'S MOTION TO SEAL—2
[Case No.: 2:21-cv-00944-RSM]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

**ORDER**

This matter comes before the Court on the Parties' Stipulated Motion to Withdraw Plaintiff's Motion to Seal (Dkt. No. 464). After considering the Parties' Stipulated Motion, IT IS HEREBY ORDERED THAT Plaintiff's Motion to Seal (Dkt. No. 464) is withdrawn.

IT IS SO ORDERED.

DATED this 10th day of November, 2022.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO WITHDRAW
PLAINTIFF'S MOTION TO SEAL—3
[Case No.: 2:21-cv-00944-RSM]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800